THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KORDISH, Appellant.

Submitted May 6, 2013; decided May 30, 2013

Motion for assignment of counsel granted and Diane V. Bruns, Esq., care of Schlather, Stumbar, Parks & Salk, LLP, 200 East Buffalo St., Ithaca, New York 14850 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER OATHOUT, Appellant.

Submitted May 6, 2013; decided May 30, 2013

Motion by John A. Aretakis for leave to appear amicus curiae on the appeal herein etc. dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [1] [iii]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENNIS E. RUFFIN, Appellant.

Submitted May 20, 2013; decided May 30, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERLIN G. SAGE, Appellant.

Submitted May 20, 2013; decided May 30, 2013

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.